Inasmuch as no objection is pending at this time, the stay is lifted.

JUL 10 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 24 2008

FILED
CLERK'S OFFICE

JUL 22 2008

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-23)**

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 493 F.Supp.2d 1371 (J.P.M.L. 2007). Since that time, 664 additional actions have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

JUL 10 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Attest to
True Copy

DAVID A. DiMARZIO
By
Deputy Clerk

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

**SCHEDULE CTO-23 - TAG-ALONG ACTIONS**

| DIST. DIV. C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|
| ALABAMA NORTHERN | | |
| ALN 2 08-876 | David Jack Baughn v. Davol, Inc., et al. | CA 08-2524 |
| ARKANSAS EASTERN | | |
| ARE 5 08-139 | Heather Groleske v. Davol, Inc., et al. | CA 08-2525 |
| MINNESOTA | | |
| MN 0 08-1321 | Trudi D. Kelley v. Davol, Inc., et al. | CA 08-2526 |
| MISSOURI WESTERN | | |
| MOW 4 08-374 | Russell Dimmock v. Davol, Inc., et al. | CA 08-2527 |
| NEW JERSEY | | |
| NJ 2 08-2465 | Jennifer Stacy Sattler, et al. v. Davol, Inc., et al. | CA 08-2528 |
| NJ 2 08-2532 | Randy Howard Waymire, et al. v. Davol, Inc., et al. | CA 08-2529 |
| NJ 2 08-2533 | Delara Diane Moore, etc. v. Davol, Inc., et al. | CA 08-2530 |
| NEW YORK EASTERN | | |
| NYE 1 08-1964 | Doreen Cobb v. Davol, Inc., et al. | CA 08-2531 |
| NEW YORK SOUTHERN | | |
| NYS 1 08-4869 | Sonia Berman v. Davol, Inc., et al. | CA 08-2532 |
| OHIO SOUTHERN | | |
| OHS 2 08-501 | Mary Campbell, et al. v. Davol, Inc., et al. | CA 08-2533 |

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** MDL No. 1842

**INVOLVED COUNSEL LIST (CTO-23)**

Melanie M. Bass
CABANISS JOHNSTON GARDNER DUMAS & O'NEAL
2001 Park Place North
Suite 700
P.O. Box 830612
Birmingham, AL 35283-0612

Timothy C. Davis
HENINGER GARRISON DAVIS LLC
2224 First Avenue North
P.O. Box 11310
Birmingham, AL 35202

Stephanie Hatzakos
MILBERG LLP
One Pennsylvania Plaza
49th Floor
New York, NY 10119-0165

Joe G. Hollingsworth
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, DC 20005

Aaron C. Johnson
SUMMERS & JOHNSON
717 Thomas Street
Weston, MO 64098

Charles H Johnson
CHARLES H JOHNSON & ASSOCIATES PA
2599 Mississippi Street
New Brighton, MN 55112-5060

Robert Craig McLaughlin
ELK & ELK
6110 Parkland Boulevard
Suite 100
Mayfield Heights, OH 44124

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
2nd Floor
P.O. Box 6067
Providence, RI 02940-6067

Marie Bernarde Miller
WILLIAM & ANDERSON PLLC
111 Center Street
Suite 2200
Little Rock, AR 72201-2413

Melanie H. Muhlstock
PARKER WAICHMAN & ALONSO LLP
111 Great Neck Road
1st Floor
Great Neck, NY 11021-5402

Derek H. Potts
POTTS LAW FIRM LLC
715 May Street
Suite 100
Kansas City, MO 64105

Daniel Freist Schreck
LAW OFFICES OF G OLIVER KOPPELL & ASSOCIATES
99 Park Avenue
Suite 800
New York, NY 10016

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

**INVOLVED JUDGES LIST (CTO-23)**

Hon. R. David Proctor
U.S. District Judge
730 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203-2000

Hon. Brian S. Miller
U.S. District Judge
D258 Richard Sheppard Arnold U.S. Courthouse
500 West Capitol Avenue
Little Rock, AR 72201

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Dean Whipple
Senior U.S. District Judge
Charles Evans Whittaker U.S. Courthouse
8th Floor
400 East Ninth Street
Kansas City, MO 64106

Hon. Dennis M. Cavanaugh
U.S. District Judge
United States District Court
451 U.S. Post Office & Courthouse
Two Federal Square
Newark, NJ 07102-3513

Hon. Sandra L. Townes
U.S. District Judge
905 S United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11202-1818

Hon. Richard J. Holwell
U.S. District Judge
1950 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Algenon L. Marbley
U.S. District Judge
319 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215-2835

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** MDL No. 1842

**INVOLVED CLERKS LIST (CTO-23)**

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

James W. McCormack, Clerk
U.S. District Court
P.O. Box 8307
Pine Bluff, AR 71611-8307

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

William T. Walsh, Clerk
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

James Bonini, Clerk
260 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215